UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-3032-BLG

UNITED STATES OF AMERICA

v.

TIMOTHY JOHN MIERS,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States
      Attorney's Office prior to October 14, 2003?          _____ Yes     ___X___ No

2.    Did this matter originate from a matter pending in the Central Region of the United States
      Attorney's Office prior to September 1, 2007?          _____ Yes     ___X___ No

                                        Respectfully submitted,

                                        WIFREDO A. FERRER
                                        UNITED STATES ATTORNEY

                              BY: _____
                                        Michael E. Gilfarb
                                        Assistant United States Attorney
                                        FL Bar. NO. 957836
                                        99 N.E. 4th Street
                                        Miami, Florida 33132-2111

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>TIMOTHY JOHN MIERS<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Case No. 14-3032-BLG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 2014 _____ in the county of _____ Miami-Dade _____ in the

_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1201 | Kidnapping |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott C. Zmudzinski, FBI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8-22-14

_____
*Judge's signature*

City and state:          Miami, FL

Barry L. Garber, U.S. Magistrate
*Printed name and title*

AFFIDAVIT IN SUPPORT OF COMPLAINT

1. Your Affiant, Scott C. Zmudzinski, is a Special Agent with the FBI, and has been so employed for approximately six years.  Prior to employment as a special agent, I provided investigative support for the FBI for approximately three years.  I have investigated violent crimes, crimes against children, economic crimes, public corruption and terrorism.  I am currently assigned to the FBI's South Florida Violent Crimes and Fugitive Task.

2. This affidavit is in support of a Criminal Complaint for a violation of Title 18, United States Code, Section 1201 (Kidnapping).  The information contained in this affidavit is based in part on information developed by other Special Agents of the FBI, as well as other law enforcement officers, and the victim who have first-hand knowledge of events described in this affidavit.  Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not contain all of the information known to me and/or other law enforcement officers involved in this investigation.

3. The victim, JCM, a 40 year old woman, and Timothy John MIERS began a consensual and sexual relationship in early June 2014.  In July 2014, MIERS informed JCM that he desired more physically violent sexual encounters and that he was sexually aroused by films depicting sexual assaults during the course of a murder, commonly known as "snuff" films.  She informed him that she was not sexually aroused by such encounters, but MIERS imposed violent sex upon her, to include slapping her in the face and spitting on her during sexual intercourse.  According to JCM, this activity was not consensual and increased in intensity over the course of the month.  She feared that reporting it would result in increased violence against her.

4. MIERS is a long distance commercial truck driver for a trucking company. JCM voluntarily traveled with MIERS in his truck in July 2014, traveling from Miami in the Southern District of Florida to Tampa, Florida. While she was in Tampa, MIERS accused her of infidelity.

5. At the end of July 2014 and the beginning of August, 2014, JCM agreed out of fear of violence to travel with MIERS from Florida to the Boston, MA area. During the trip to Boston, MIERS bragged to JCM about his criminal history, which, according to him, included kidnapping, aggravated assault and other felony convictions. He told JCM that he killed his first wife. MIERS told her that she should fear him.

6. During August 2014, MIERS left the Boston, MA area in his truck with JCM. While in Boston, MIERS struck JCM about her face with closed fists causing injuries, and forced JCM to stay in the sleeper cabin of the truck as they travelled. She was not bound during those times, but could not escape without alerting him due to issues with the doors and windows and her proximity to MIERS. JCM reported a series of sexual assaults between Boston and Virginia. MIERS continued to accuse JCM of infidelity.

7. While traveling, MIERS stopped at a truck stop in Virginia. MIERS took JCM to a shower where he bound, choked, slapped, and kicked JCM telling her he was going to arrange for her to have sex with another woman. MIERS then forced JCM back into the truck. JCM reported a series of sexual assaults between Virginia and Georgia. MIERS continued to accuse JCM of infidelity.

8. JCM continued to deny the accusations, so MIERS took JCM to an unknown location believed to be Georgia. MIERS pulled his truck over and burned JCM's left arm with a cigarette as he continued to question her. MIERS punched JCM about her face with a

closed fist causing injuries.  He told her, "You are going to force me to kill you."  MIERS tore off a piece of bed sheeting, gagged JCM with it, and wrapped duct tape at least two times around JCM's head.  MIERS duct taped JCM's hands behind her back and duct taped JCM's arms to her body by wrapping duct tape around JCM's abdomen and arms. MIERS began strangling JCM telling JCM he was going to kill her.  MIERS told JCM he intended to buy a shovel to dispose of JCM's body and, "He was not going to jail for it." At one point, while being strangled by MIERS, JCM urinated on herself.  MIERS then inflicted a prolonged physically violent attack against her.  During this attack, MIERS used a cellular telephone to place a call. JCM reported hearing MIERS talk to someone named "Tony."  MIERS was bragging about duct taping and beating JCM and that "Tony" wanted a photograph.  "Tony" then recanted the request.  After this call, MIERS told JCM he was going to kill her.  MIERS began to strangle her then stopped, saying that he had killed other people, but that he could not kill her and that God saved her.

9.  MIERS advised JCM that he knew she wanted to leave him, but that he would not allow it and that he would make her his slave.  He told JCM that he knows where her family is and that he would harm them if she ever told anyone about what was happening.

10. Between Georgia and Florida, MIERS forced JCM to have sex numerous times, usually as a prerequisite to being provided food.  During this time, and while travelling in Florida, MIERS continued to inflict physical punishment on JCM, telling her that this is going to be her daily life with him and that she was his slave.

11. On the morning of August 21, 2014, MIERS stopped his truck in a warehouse district near Medley in the Southern District of Florida.  MIERS again sexually assaulted JCM anally.  He then punched her in the mouth causing her to bleed because, according to

3

MIERS, he wanted her to feel pain as she performed oral sex upon him. JCM claims that MIERS recorded the oral sex with his cellular telephone and told her to cry during the sex act while also accusing herself of being a slut.

12. MIERS then drove to an unknown warehouse in West Palm Beach, Florida with JCM for the purpose of dealing with issues relating to his truck. While en route there, MIERS sexually assaulted JCM anally and orally in the truck. During the sexual assault, MIERS inflicted a severe bit injury to JCM's buttocks. MIERS then drove back to Medley, Florida with JCM.

13. On August 21, 2014, MIERS stopped his truck a truck parts store in Medley, Florida. While MIERS was out of the truck, JCM was able to escape MIERS' truck and locate assistance from people in the area. They called the police. Medley Police arrived on the scene and met JCM there. Medley Police observed that JCM had a bloody nose, a black eye, bruising around her mouth and face, burn and bite marks on her arms, duct tape residue on her arms, welts on the back of her head, and was having difficulty with swallowing. JCM told Medley Police about her ordeal. Witnesses there advised police that the subject truck fled the area and gave police a description of the truck.

14. Medley Police spotted a stationary vehicle nearby that matched the description given by witnesses. Law enforcement observed a male, later identified as MIERS, in the driver's seat apparently speaking on a cellular telephone. Law enforcement ordered the occupant out and ordered MIERS to put down his cellular telephone. MIERS complied, leaving his cellular telephone and wallet on the gas tank outside of the driver's door of the subject truck, further described as a white 2001 Freightliner, V.I.N. 1FUJA6CG41LA78760.

4

15. Medley Police conducted a protective sweep of MIERS' truck for additional victims or suspects and observed a roll of duct tape, a tablet PC, miscellaneous clothing and tools.

16. Medley Police impounded MIERS' cellular telephone.  At that moment, the cellular telephone, a black I-phone 5s, serial F2LLNN7TFF9R, was on and displaying text messages.  The text message screen as found and when first observed displayed a text message to "Jose" or "Jefe."  The observing officer believes the text message said, in substance, "there was a problem" and "the woman left."

17. Medley Police secured the truck.  The FBI responded to the victim and to the scene where the truck was secured and took over the investigation, taking custody of the truck and the aforementioned cellular telephone.

18. The FBI took several photographs of JCM depicting numerous injuries on her arms, legs, buttocks, back, shoulders, neck and face.  In addition, the FBI observed on JCM's body what appeared to be residue from the glue of duct tape that had since been removed.  Law enforcement transported JCM for a medical evaluation.

19. The medical examination revealed blood in the vaginal walls and in the cervix.  The exam revealed no vaginal or anal tears or lesions.  The exam did reveal multiple injuries consistent with those described herein.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Scott C. Zmudzinski, FBI SA

Sworn to and subscribed before me this 22nd day of August 2014.

THE HONORABLE BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

5