

FILED by ___ TB ___ D.C.
ELECTRONIC

**OCT 02, 2014**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>14-20642-Cr-KMM(s)</u>
### 18 U.S.C. § 1201(a)
### 18 U.S.C. § 2261(a)(1)
### 18 U.S.C. § 2261(a)(2)

**UNITED STATES OF AMERICA**

**vs.**

**TIMOTHY MIERS,**
    **a/k/a "Vinny,"**

        **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on or about August 11, 2014, and continuing through on or about August 21,

2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### TIMOTHY MIERS,
### a/k/a "Vinny,"

did willfully and unlawfully seize, confine, inveigle, kidnap, abduct, and carry away, any person,

that is, J.C.M., and did hold that person for reward and otherwise, that is, for the purpose of abuse,

intimidation, and sexual gratification, and did travel in interstate commerce and did willfully

transport J.C.M. in interstate commerce, and did use any means, facility, and instrumentality of

interstate commerce while committing and in furtherance of the commission of the offense, in

violation of Title 18, United States Code, Section 1201(a)(1).

### COUNT 2

Beginning on or about August 11, 2014, and continuing through on or about August 21,

2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**TIMOTHY MIERS,**
**a/k/a "Vinny,"**

did travel in interstate commerce with the intent to kill, injure, harass, and intimidate J.C.M., an

intimate partner and dating partner, and did, in the course of, as a result of, and to facilitate such

conduct and travel, commit and attempt to commit a crime of violence against J.C.M, in violation

of Title 18, United States Code, Section 2261(a)(1) and (b)(3).

## COUNT 3

Beginning on or about August 11, 2014, and continuing through on or about August 21,

2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**TIMOTHY MIERS,**
**a/k/a "Vinny,"**

did cause J.C.M., his intimate partner and dating partner, to travel in interstate commerce by force,

coercion, duress, and fraud, and did, in the course of, as a result of, and to facilitate such conduct

and travel, commit and attempt to commit a crime of violence against J.C.M, in violation of Title

18, United States Code, Section 2261(a)(2) and (b)(3).

TRUE BILL

_____
FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MICHAEL E. GILFARB
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. | 14-20642-CR-MOORE(s) |
|---|---|---|

vs.

## CERTIFICATE OF TRIAL ATTORNEY*

**TIMOTHY MIERS,**

   **Defendant.**
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

New Defendant(s)      Yes _____   No __X__
Number of New Defendants
Total number of counts          2

| _x_ | Miami | _____ | Key West |
|---|---|---|---|
| _____ | FTL | _____ WPB | _____ FTP |

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:      (Yes or No)     __No__
List language and/or dialect     _____

4.    This case will take     _2-3_    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

(Check only one)

| I | 0  to  5 days | _x_ | | Petty | _____ |
|---|---|---|---|---|---|
| II | 6  to 10 days | _____ | | Minor | _____ |
| III | 11 to 20 days | _____ | | Misdem. | _____ |
| IV | 21 to 60 days | _____ | | Felony | _X_ |
| V | 61 days and over | | | | |

(Check only one) — for the right column

6.    Has this case been previously filed in this District Court?  (Yes or No)     Yes
If yes:
Judge:   Moore                              Case No.     14-20642-CR-Moore
(Attach copy of dispositive order)
Has a complaint been filed in this matter?          (Yes or No)     Yes
If yes:
Magistrate Case No.     14-3032-BLG
Related Miscellaneous numbers:     _____
Defendant(s) in federal custody as of     August 21, 2014
Defendant(s) in state custody as of     _____
Rule 20 from the _____     District of     _____

Is this a potential death penalty case? (Yes or No)     No

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     _____ Yes     _x_ No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____ Yes     _x_ No

_____
MICHAEL GILFARB
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 957836

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** TIMOTHY MIERS

**Case No:** _____

Count #: 1

Kidnapping

Title 18, United States Code, Section 1201

**\* Max. Penalty:**          Life imprisonment

Counts #: 2

Interstate Domestic Violence

Title 18, United States Code, Section 2261

**\*Max. Penalty:**          10 years' imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

Count  #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**