UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20642-CR-MOORE/MCALILEY

UNITED STATES OF AMERICA,

     Plaintiff,

v.

TIMOTHY JOHN MIERS,

     Defendant.

_____/

## ORDER

Pending before the Court is the United States' Motion to Conduct a Video-Recorded Deposition of an Unavailable Witness, Pursuant to Fed. Rule of Crim. Proc. 15(a)(1). [DE 24]. The motion is unopposed. *Id.* at p. 2. Based on the foregoing, the Court ORDERS that:

1.    The United States' Motion to Conduct a Video-Recorded Deposition of an Unavailable Witness, Pursuant to Fed. Rule of Crim. Proc. 15(a)(1) [DE 24], is **GRANTED**.

2.    The government shall coordinate the deposition for the first date and time convenient to all parties. The government shall also make the arrangements for

Defendant to attend the deposition, including seeking any necessary court orders.

DONE AND ORDERED in Chambers at Miami, Florida this 10th day of October, 2014.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable K. Michael Moore
Counsel of record