**EXHIBIT LIST**

| | |
|---|---|
| **UNITED STATES vs. TIMOTHY MIERS** | **Case #:  14-20642-Cr-MOORE/MCALILEY** |
| **AUSAs: Michael Gilfarb, Vanessa Johannes** | **Trial Date: December 8, 2014** |
| **DEFENSE COUNSEL:  Anthony Natale, Katie Carmon** | |

| Exhibit Number | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1A-E | | | | Photographs: Miami Star Truck Parts |
| 2A-E | | | | Photographs: Truck (exterior) |
| 3 | | | | iphone |
| 4A-C | | | | Photographs: Truck (interior) |
| 5A-V | | | | Photograph: JCM |
| 6A-U | | | | Notebook of iPhone Photographs: Photographic Series 1-21 |
| 7A | | | | Notebook of iPhone line items combined data June 12, 2014-August 21, 2014 |
| 7B | | | | Disc of iphone extraction |
| 8A-F | | | | Text Message series |
| 9A-E | | | | Photographs:  Mr. Fuel |

| Exhibit Number | Date Offered | Date Admitted | | Description |
|---|---|---|---|---|
| 9F-J | | | | Video Compilation: Mr. Fuel with stills |
| 10A-C | | | | Photographs: from JCM's cellular telephone |
| 11A | | | | iPhone video recorded August 21, 2014 |
| 11B | | | | Transcript of iPhone video recorded August 21, 2014 |
| 12A-B | | | | Photographs: Truck Search: duct tape |
| 12C | | | | Duct tape |
| 13A-B | | | | Photographs: Truck Search: razor blade |
| 13C | | | | Razor blade |
| 14A | | | | Photograph: Truck Search: DVD movies |
| 14B-C | | | | DVD Movie: "8mm" and movie clips |
| 15 | | | | Citation |
| 16A | | | | PowerPoint: Interstate Travel |
| 16B | | | | CD of Call Detail Record and Tower Location Data |
| 16C | | | | List of incoming and outgoing calls and text from T-Mobile |
| 16D | | | | Wallet and contents |
| 16E | | | | Wells Fargo records |
| 16F | | | | Documents from truck |
| 17A-C | | | | Photographs: vehicle Re: M.T. |

| Exhibit Number | Date Offered | Date Admitted | | Description |
|---|---|---|---|---|
| 18A-C | | | | Photographs: K R. |
| 19 | | | | Medical records re K.R. |
| 20A-J | | | | Photographs: R. D. |
| 21A | | | | Photograph: D.B. |
| 21B | | | | Business card re D.B. |
| 22 | | | | Samsung cellular telephone and extracted data |
| 23 | | | | Samsung images |
| 24 | | | | Facebook: Timothy Miers |
| 25 | | | | Video: 7-11 August 21, 2014 |
| 26 | | | | Blank Calendar: June- August 2014 |
| | | | | |
| | | | | |
| | | | | |

3