**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 14-20642-Cr-MOORE/MCALILEY(s)**

**UNITED STATES OF AMERICA,**

**v.**

**TIMOTHY JOHN MIERS,**

     **Defendant**.

_____/

**GOVERNMENT'S WITNESS LIST**

     COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned

Assistant United States Attorney, and hereby files this Witness List, and states that the

government may call at trial any of the following individuals (listed alphabetically):

1. Trooper J.E. Cross
2. Yohel Diaz, FBI
3. Donald Drummy
4. Ofc. Duke, Medley PD
5. Ofc. Galeano, Medley PD
6. Det. Moises Garcia
7. Deborah Gierat
8. Sgt. Julio Jordan, Sarasota PD
9. Dave Magnuson, FBI
10. JCM*  **
11. Victor Oliveros **
12. KR*
13. MT*
14. Valeria Velasques **

*Full witness names were previously provided to defense counsel, and will be announced in open court.
** Require the services a Spanish interpreter provided by the government.