UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  14-CR-20642-MOORE

UNITED STATES OF AMERICA,

vs.

TIMOTHY MIERS,

Defendant.

_____/

**NOTE FROM JURY**

We have reached a verdict

Date: 11th Dec. 2014

Time: 6.30pm

COURT'S EXHIBIT NO. ____1____