To Whom It May Concern

I have tried to write this affidavit several times and have failed due to the profound despair that it incurs.  I cannot begin to put down in words how devastating my marriage to Timothy Miers has been.

This text is not complete in its entirety and may not be in absolute chronological order but its purpose is to demonstrate the utter horror and demonstrative actions of Mr. Miers during our union.

This account must be told from hind sight as many of the circumstances I was unaware of during my affiliation with Mr. Miers. I meet Mr. Miers  because I was dating his roommate. I was under the assumption that his roommate had been clean from alcohol and drug usage for a long time and he was actively engaging in 12 step programs.  During our relationship I saw great strides in his recovery every day and was proud of his accomplishment.   We were building a strong relationship built on trust and understanding.  One weekend I went to meet him at his house; we were going to take a trip together. He never showed. I called the police stations to see if there had been any accidents. I also called the hospitals. Mr. Miers  told me not to mention his name as he was probably out binging.  Mr. Miers was cold and calculating, he had taken out my companion planning to have him loose his sobriety. He then proceeded to console me for days and told me that I deserved better. He stood by my side as I grieved the loss of this relationship and took full advantage of my vulnerability.

I was hesitant to enter into another relationship after being so hurt.  Mr. Miers cunningly was always there for me when I was in need.  He was relentless in his pursuit of me and soon was pushing for us to get married. Once I succumbed I entered into this marriage with total commitment, love and anticipation of a union filled with endless possibilities. Unfortunately Mr. Miers had no such resolve I was unaware at the time that the attraction and his relentless pursuit was for a trust fund that had been left to me by my deceased  American parents.

Once we were married he took over paying all the bills and money transactions. It was not long that he found out that even though we were married I still needed to make the withdrawals.  That is when my nightmare began. He began to dominate and control me.  He kept me captive in my own home.  For the slightest indiscretion he would impose severe abusive reprimands.   After continuous controlling and reprehensible verbal abusive he became violent.  I had not followed his instructions completely he became verbally abuse and threating me all that day.  I finally had succumbed to sleep from exhaustion. That night he proceeded to break down the bedroom door pull me out of bed place a plastic bag over my head and suffocate me. I passed out and awoke on the floor to find him at the door way exit with AK-47 assault rifle in his lap saying see what you made me do. He said that he did not really want to hurt me but if I told anyone that he would have to.  His abuse became increasingly worse even if I did follow his instructions*. Another incident he locked me in a closet for three days and gave me a bucket to go to* the bathroom. This was because I had told him there was a store at a certain place and he said I was wrong. When I was allowed out of the closet he said that he would give me some food   and let me wash up if I would be a good wife, admit I was wrong and never disagree with him again.

At that point compliance to his demands was necessary to my survival.   He now began to punish me even if I was compliant he would choke me to the point where I would pass out. I remember waking up

from those episodes almost at peace until I realized that all of this was not a bad nightmare and that this had become my reality.  Mr. Miers  would tie me up to chairs with duct tape and leave me for hours and then ask me if I was ready to behave.  He would threaten to kill me and told me to suck on the end of the AK-47 assault rifle. I truly believed that if I had done that he would have blown my head off. I did refuse that time and he hit me with the back of the assault gun leaving me in a pool of blood where I awoke.

From repeated episodes of violence Mr. Miers beat me into the understanding that if I was just good enough that all this would end.  I tried to be the best I could be  I would withdrawal any amount of money he wanted I would agree with him on all accounts I complied to any and all of his demands. There were times where he would show me some kindness and I would have hope that this would all turn around.   I thoroughly came to believe that I was to blame, however no matter how good I was his kindness never lasted for the long and the abuse continued.

 Mr. Miers forced me to abandon my house, my daughter and go to Florida. I now know he had warrants in New Jersey and he needed to leave.  He had beaten me and told me he would kill me and my daughter if I did not go and ironically that he loved.  He kept me captive the whole trip down. He brought another individual with him who watched me when he went out. He kept a hand gun and an assault rifle with him to make sure I was compliant. He did not allow me access to cell phones and he would beat me by punching me in the head or choking me to the point of passing out so as not to leave bruises or make noise.  At one point he held me in the back of the car with a gun to my head and told the other person he was going to kill me and to take me to an abandoned part of the highway. The other person was so frightened that at a red light he jumped out of the car with the car in drive. Mr. Miers had to jump from the back seat into the front to keep the car from crashing into another car. Meanwhile I was locked in the back seat traumatized no longer caring if I lived or died.

Once in Florida I was released in the care of his family who had a house on the west coast. He told me if I said a word about anything that he had people watching my daughter and he would have her killed.  I believed him and said nothing.  The whole time he had me withdrawal money out of my trust. It became so excessive that my trustee who was in charge of my trust quit.

At some point I had to leave his family's home and return into his care. There were many incidences from then on too numerous to review and to hurtful to account. At this point I knew that   I was trapped, that my life was worthless and that I had no value and that I was never going to be free. I believed that my trust fund was a curse and that my daughter would never be safe unless I severed my link to Mr. Meyers.  I believed there was no way out.  I proceeded to clean the house very well, put on my best dress and make up and then I took a whole bottle of Xanax.  To my dismay I just woke up the next morning.  I was sure that I was cursed because I could not even end this nightmare by taking my life.

I had no choice but to live my life in shear domination, I vowed to be compliant so I could protect my daughter. I no longer cared or was concerned about my wellbeing.   Mr. Miers knew he had won and I was totally under his control.

At one point Mr. Meyers had been arrested and I thought maybe I would be able to get free. Once again Mr. Meyers through intimidation managed to keep controlling me.  He told me he would kill me and my daughter. .  I was utterly terrorized and did and said anything he wanted,   giving him money for lawyers and bonds.

 One night Mr. Miers was at the house again asking for money. The trust fund was getting close to depletion and I told him about the balances getting low. He went into a tyrannical rag. I knew he was going to kill me that night. He began to beat me I remember him saying he was going to have sex with me first ripping off my pants and then blunt punching me in the head, I blacked out. I awoke with blood all over my face and saw him in the kitchen.  I was in the living room and when his back was turned I was able to run out of the house half naked to a neighbor's house where I hid in their back porch.  I was brought to the hospital and I knew by getting help that he would definitely kill me and feared for my daughter.  I had no choice but to press charges. The police arrested him soon after.  Even after all of this I was still petrified and he still contacted me with threats. He told me that if I did not do has he said he would have my daughter killed cut her up into pieces and send her to me in pieces on holidays. I dropped the charges and did what he wanted.  Fortunately the state picked the charges and he was sentenced to prison.

Even after he was in prison I had a hard time releasing from his control.  I had reached out to a church. A woman would come to my house from the church. I was afraid to leave my house as I had gotten word that he had people watching my house. She would often find me in a fetal position in the corner of my room.  She was so gracious to me and I was so used to be treated with such distain that I welcomed her visits. I gradually grew stronger and was able to leave the house.  I stopped jumping whenever the phone rang or crawling under my bed when I would hear the neighbors fight.  I began to grow stronger.

I have also have been left with permanent physically remembrances.  From being beaten so severely I developed Sub-conjunctival Hemorrhage which lead to Hyphema causing severe bleeding in both my eyes.  I also suffered from a severe corneal abrasion.  My eye socket was so bruised and the tissue so damaged that I have to have injections possible for the rest of my life to maintain symmetry of both my eyes.  From a blow to my forehead I had a deep laceration which needed cosmetic surgery to make it bearable to look at.   I was not allowed to see a doctor on several of these occasions potentially leaving me in the future with some permanent vision losses.   I suffer from constant lumbar and hip pain and at times walk with limp as well as arthritic changes in my foot due to damage from being thrown.  I have permanent scares and bruising on my body as well.  I still may have to go under surgeries to manage some of the potential future physical ramifications form this abuse.

 I am unable to trust and still struggle from self-doubt and esteem issues.  I look in the mirror at times and admonish myself for not being stronger for not having courage.  I have lost my inheritance as my trust is gone.   I lost my house as it was sold and the monies from its proceeds are gone.  The most devastating consequence is the desertion of my daughter.  This is hard to swallow and I do not know how to forgive myself.  I left her to protect her and am grateful that she did not have to witness any of this abuse. However, I left her with no word and I was unable to contact her. She frequently went to the police department not knowing if I were alive or dead and not knowing why I left her. I grieve every time

I think about the anguish that this caused her.  A mother should never have to choose between her daughter's safety and the breaking of her heart.

There is not a day in my life that I am not affected by this horrific insult to my being, every day I carry with me tremendous sadness and my world is colored and tainted.  I  have incurred many injuries and losses. I grieve daily; I grieve for the loss of the dream of a marriage, for my daughter who has incurred emotional ramifications, for all those who have suffered by his hands and for him and his insatiable desires that do not allow him to live a life without violence and terrine.

Words are futile in convening the amount of terror, horror, fear, desertion, helplessness, hopelessness and trepidation  when you see evil starring you in the face and know that you are about to die and realize that is your husband.

I hope this account helps in the resolve in stopping future occurrences of violence and devastation by keeping others safe.

Respectfully

K███████ R███