As I sit typing today, I first need to thank all those involved in bringing this individual to justice. Almost a decade has passed since I prayed for a judge and jury to understand that this behavior-the beatings, choking, being held against my will, and the death threats-were not an isolated incident, that they will happen again. And again and again. Yet this person went free. And more women became victims of abuse and death threats. So I thank you.

As for me, I have searched my soul to answer the question, "How did this event effect you?" What I have realized is surprising, subtle, and very, very sad.

I am no longer a girl who laughs easily. If I laugh hard at something, I also feel an element of surprise, because for a time after the assault, I did not believe I would ever think anything was funny again. So I have lost  my ability to express joy. I no longer feel joy except on rare occasions. I used to be a happy person. The assault took that away, and I wander this world sadly looking for my lost and stolen joy.

I no longer trust people, nor do I trust the world I live in. I constantly question my own judgment, always mentally on "high alert" not to accidentally place myself in harm's way. It is a depressing mentality to live inside of.

Since my assault, I often feel that I am not as good as other people, and I lack the self-confidence I possessed prior to being beaten and choked. It is always a struggle to be a survivor and a victim at the same time, for if I am to survive, I have to be strong. But in order to honor the victim in me, I have to acknowledge that as a victim I am weak, unable to defend myself, and utterly vulnerable. The balancing of the two is exhausting, depressing, and constant.

I sometimes hear this individual's voice stating "I am going to kill you." It is truly terrifying. If I dwell on it, I imagine being bound with duct tape and choked. I try very hard not to think about this. Sometimes the thoughts get in, anyway. When the thoughts get in, I am not ok. I am unreachable. I have to wait for sanity to return. It usually does, leaving me relieved and exhausted at the same time.

I live with deep regret that my family is often fearful for my safety. Both my son and my brother saw me bruised and broken, so traumatized that I could not speak coherently for several hours. I can see how they are deeply frightened, and it saddens me. The assault created a circle of tradgedy around me, and anyone who knows the story is shocked and horrified. I rarely talk about it. There is no need to subject anyone to the details of this horrific event.

In summary, I can say that I am convinced beyond all doubt that this individual is not salvageable as a person that can ever be trusted not to hurt women. Your Honor, I implore you to consider the maximum sentence. I think this is the only safe solution to this person's behavior.

Thank you,
M█████ T█████████